**CHRISTENSEN**

v.

**AMERICAN HERITAGE**

20160310
20140714

Supreme Court of Utah.

07/13/2016

Petition for Writ of Certiorari Denied.

■

**NIKOLOVA**

v.

**PROGRESSIVE INS.**

20160434
20160071

Supreme Court of Utah.

07/13/2016

Petition for Writ of Certiorari Denied.

■

**BRYNER**

v.

**CUSTODIAN OF RECORDS**

20160442
20150685

Supreme Court of Utah.

07/28/2016

Petition for Writ of Certiorari Denied.

■

**ASSET ACCEPTANCE**

v.

**STOCKS**

20160446
20140898

Supreme Court of Utah.

08/08/2016

Petition for Writ of Certiorari Denied.

**STATE**

v.

**RUIZ**

20160393
20140159

Supreme Court of Utah.

08/24/2016

Petition for Writ of Certiorari Denied.